No. 80–184. ILLINOIS *v.* DOWDELL. App. Ct. Ill., 3d Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–185. KLIPPAN, GMBH *v.* VOLKSWAGEN OF AMERICA, INC. Sup. Ct. Alaska. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.